AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA

v.

__ROBERTO DELEON-PEREZ__

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: __08-01M__

I, __ROBERTO DELEON-PEREZ__, charged in a (complaint) (petition) pending in this District with __ILLEGAL RE-ENTRY AFTER DEPORTATION__ in violation of Title __8__, U.S.C., __1326(a) AND (b)__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Roberto DeLeon Perez_
Defendant

__1/2/08__
Date

_[signature]_
Counsel for Defendant

FILED
JAN 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE